# EXHIBIT 1



US010352654B2

(12) **United States Patent**
Costet et al.

(10) **Patent No.:** **US 10,352,654 B2**
(45) **Date of Patent:** **Jul. 16, 2019**

(54) **FIREARM WITH INTERCHANGEABLE SIGHTING DEVICE SYSTEM**

(71) Applicant: **FN America, LLC**, McLean, VA (US)

(72) Inventors: **Olivier Holger Costet**, Columbia, SC (US); **Luke Randel Howlett**, Camden, SC (US)

(73) Assignee: **F.N. Herstal, S.A.**, Herstal (BE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/969,656**

(22) Filed: **May 2, 2018**

(65) **Prior Publication Data**

US 2019/0049217 A1 Feb. 14, 2019

**Related U.S. Application Data**

(60) Provisional application No. 62/545,122, filed on Aug. 14, 2017.

(51) **Int. Cl.**

| | |
|---|---|
| *F41G 11/00* | (2006.01) |
| *F41G 1/17* | (2006.01) |
| *F41G 1/26* | (2006.01) |
| *F41G 1/16* | (2006.01) |
| *F41C 3/00* | (2006.01) |
| *F41G 1/30* | (2006.01) |

(52) **U.S. Cl.**
CPC ................. *F41G 1/17* (2013.01); *F41G 1/16* (2013.01); *F41G 1/26* (2013.01); *F41G 11/001* (2013.01); *F41C 3/00* (2013.01); *F41G 1/30* (2013.01)

(58) **Field of Classification Search**
CPC ..... F41G 1/16; F41G 1/06; F41G 1/18; F41G 11/001–11/005; F41G 1/30; F41G 1/17; F41G 1/26

USPC ... 42/111–117, 124–127, 135–137, 139, 148
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,467,552 | A * | 11/1995 | Cupp | F41G 1/26 |
| | | | | 42/125 |
| 7,296,376 | B2 | 11/2007 | Kidd | |
| 7,526,890 | B1 | 5/2009 | Da Keng et al. | |
| 7,765,731 | B1 * | 8/2010 | Liebig | F41G 1/01 |
| | | | | 42/113 |
| 8,448,373 | B2 | 5/2013 | Matthews et al. | |
| 8,584,390 | B1 * | 11/2013 | Fraher | F41C 23/10 |
| | | | | 42/71.02 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 1998013717 | A3 | 4/1998 |
| WO | 2013003873 | A1 | 1/2013 |

*Primary Examiner* — Jonathan C Weber
(74) *Attorney, Agent, or Firm* — Nexsen Pruet, LLC; Michael A. Mann; Todd A. Serbin

(57) **ABSTRACT**

A firearm having a top surface to which an optical sight is to be attached having a first portion and an adjacent second portion stepped down from the first portion. An adaptor plate is received in the second portion, its shape corresponding to the second portion to properly orient the adaptor plate. The bottom of the second portion and the underside of the adaptor plate having features to receive a spring. An optical sight is attached with at least one fastener to the first portion and directly to the slide of the pistol with a part of the optical sight cantilevered over the second portion and on the adaptor plate. The upper surface of the adaptor plate has a topography that corresponds to a complimentary topography on the underside of that portion of the optical sight.

**20 Claims, 6 Drawing Sheets**



**US 10,352,654 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 8,893,422 | B2 * | 11/2014 | Wolf | F41A 3/12 |
| | | | | 42/111 |
| 9,062,936 | B2 | 6/2015 | Zimmer | |
| 9,267,759 | B2 | 2/2016 | Speroni | |
| 9,410,770 | B2 | 8/2016 | Zimmer | |
| 9,453,706 | B1 | 9/2016 | Crispin | |
| 9,506,726 | B2 * | 11/2016 | Wolf | F41G 1/26 |
| 10,024,628 | B2 * | 7/2018 | Toner | F41G 1/16 |
| 10,036,613 | B2 * | 7/2018 | Huff | F41G 11/001 |
| 2008/0216379 | A1 * | 9/2008 | Javorsky | F41G 1/12 |
| | | | | 42/115 |
| 2011/0283589 | A1 * | 11/2011 | Matthews | F41A 33/00 |
| | | | | 42/113 |
| 2013/0283660 | A1 * | 10/2013 | Matthews | F41G 1/30 |
| | | | | 42/113 |
| 2014/0053445 | A1 * | 2/2014 | Wolf | F41A 3/12 |
| | | | | 42/14 |
| 2014/0230305 | A1 * | 8/2014 | Zimmer | F41G 11/001 |
| | | | | 42/111 |
| 2015/0241175 | A1 * | 8/2015 | Wolf | F41G 11/005 |
| | | | | 42/124 |
| 2016/0334193 | A1 | 11/2016 | Zimmer | |
| 2017/0082402 | A1 | 3/2017 | Zimmer | |

* cited by examiner

2/12

**U.S. Patent**    **Jul. 16, 2019**    **Sheet 1 of 6**    **US 10,352,654 B2**



FIG.1





FIG.4A



FIG.4B



FIG.4C          FIG.4D

7/12



FIG.5

US 10,352,654 B2

**1**

# FIREARM WITH INTERCHANGEABLE SIGHTING DEVICE SYSTEM

## RELATED APPLICATIONS

This application claims the benefit of priority under 35 USC § 119(e) of U.S. Provisional Patent Application No. 62/545,122 filed on Aug. 14, 2017, the contents of which are incorporated herein by reference in their entirety.

## TECHNOLOGY FIELD

This disclosure relates to firearms and their sights and, more specifically, to firearms to which optical sights may be attached.

## BACKGROUND

Firearms are usually equipped with fixed sights, typically a front sight and a rear sight. In handguns, such as auto-loading pistols, a slide runs from the front of the pistol over the barrel to the back of the pistol over the receiver, and it reciprocates when the gun fires, sliding rearward just after firing the gun and then sliding forward to chamber a new round of ammunition and reset the fire control system.

In recent years, optical gun sights have been improved through developments such as reductions in their size, weight, and improved energy efficiency to the point that it is now practical to affix them to the slide of auto-loading pistols in addition to other firearm types. The ability of the user to hit a target depends in part on the user's ability to aim accurately. An improved gun sight may improve the user's ability to aim when the gun is fired.

These improved gun sights include reflex or holographic sights. They use lenses and projected light to produce a red dot or other aiming indicator superimposed on an image of the target visible in the optical viewfinder that indicates where a bullet would strike the target if the gun fires at that moment. The target does not have a red dot on it; the sight makes it appear so in the viewfinder.

Optical sights may be used with pistols by mounting them to the slide. Because the slide reciprocates after firing, and does so rapidly, the attachment of the optical sight to the slide should be secure. Some handguns have an optical sight in place of the rear sight and the integral nature of that type of attachment helps to assure a secure connection.

Some handguns provide a place for the attachment of a particular optical sight. Here, too, the type of attachment, although designed for removability, is still relatively secure because the gun receives a particular, removable optical sight.

Also, a gunsmith may be hired to modify an existing pistol so that it will receive a particular optical sight.

As improvements continue in optical sight technology, and better sights become available, there is a need for a system that enables owners to mount any improved optical sights that may become available from different manufacturers to the user's pistol and do so securely.

One common solution for this need is the use of a "cut" or flat area formed on the top surface of the slide of a pistol that receives an adaptor plate. An adaptor plate corresponds to an optical sight, and provides the interface for the gun to receive that optical sight. A different adaptor plate is required to adapt a different optical sight to that gun. Screws attach the optical sight to the adaptor plate and to the slide below it. This method offers versatility but lacks the security of a direct mounting solution and places the optical sight

**2**

higher above the slide than a direct mounting solution making co-witness with the existing sights difficult.

A better way of removably attaching an after-market optical sight to the slides of automatic pistols would be an advantage.

## SUMMARY

According to its major aspects and briefly recited, herein is disclosed a system for enabling an optical sight to be removably attached to the slide of a pistol or other firearm. The present system provides the versatility of the adaptor plate without losing the security and low positioning of a direct mounting solution. This versatility can allow for the continued use of the existing sights with alternate sighting systems.

A feature of the disclosure is a pistol slide with a top surface having a first portion and a second portion. The first and second portions are defined by a step down from the first portion to the second portion. Adaptor plates are provided as part of the system. Any one of the adaptor plates will fit into the second portion. The adaptor plate has a shape that compliments the shape of the second portion so that the adaptor plate will fit in the second portion in a predetermined way and orientation. The adaptor plate also has a first configuration on its upper surface that matches a second configuration on the bottom surface of a specific optical sight. To use a different optical sight, a different adaptor plate is used which corresponds to the different optical sight. The optical sight is attached directly, and in contact with, the first portion of the slide using fasteners. A portion of the optical sight extends over the second portion thereby cantilevering that portion of the optical sight which contains a second configuration on its bottom surface to engage a complimentary first configuration of the top surface of the adaptor plate when that adaptor plate is positioned in the second portion of the top surface of the slide. If a different optical sight is used, a corresponding adaptor plate can be matched to the slide of the pistol so that the bottom of the different optical sight chosen can mate with its corresponding adaptor plate and be secured directly to the pistol.

Another feature of the disclosure is that the first portion of said top surface is larger than said second portion.

Still another feature of the disclosure is that the first portion has at least one attachment point and the optical sight has at least one corresponding attachment point so at least one fastener affixes the optical sight directly to the first portion of the top surface of the firearm and not through an adaptor plate.

A feature of the disclosure is that the adaptor plate has a thickness not thicker than the height of the step between the second portion and the first portion, and therefore permits a spring to be placed between the second portion and the bottom of the adaptor plate. The bottom surface of the adaptor plate or the surface of the second portion or both may have complimentary features formed therein to receive and hold a spring.

A feature of the disclosure is that the first portion may have a shape that compliments the shape of the optical sight to be attached to it, such as a curved or flat shape.

Another feature of the disclosure is that the first configuration of the top surface of the adaptor plate may comprise at least one mounting feature.

These and other features and their advantages will become apparent to those skilled in firearms from a careful reading of the Detailed Description accompanied by the following drawings.

US 10,352,654 B2

**3**

Unless otherwise defined, all technical and/or scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which the invention pertains. Although methods and materials similar or equivalent to those described herein can be used in the practice or testing of embodiments of the invention, exemplary methods and/or materials are described below. In case of conflict, the patent specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and are not intended to be necessarily limiting.

BRIEF DESCRIPTION OF THE DRAWINGS

Some embodiments of the invention are herein described, by way of example only, with reference to the accompanying drawings. With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example, are not necessarily to scale and are for purposes of illustrative discussion of embodiments of the invention. In this regard, the description taken with the drawings makes apparent to those skilled in the art how embodiments of the invention may be practiced.

In the figures,

FIG. **1** is a left side view the auto-loading pistol of FIG. **1**, according to an aspect of the disclosure;

FIG. **2** is an upper left perspective view of the slide shown in FIG. **1** with the optical sight removed to show the first portion and the second portion of the slide with the adaptor plate positioned in the second portion, according to an aspect of the disclosure;

FIG. **3** is an upper left perspective view of the slide shown in FIG. **2** with the adaptor plate removed to show the spring retained by a feature formed in the second portion, according to an aspect of the disclosure;

FIGS. **4A**, **4B**, **4C**, and **4D** are a perspective top view, a top view, a right side view and a bottom view of the adaptor plate according to an aspect of the disclosure; and

FIG. **5** is a bottom left perspective view of an optical sight showing its topographical features and attachment points.

DETAILED DESCRIPTION

Herein disclosed is a firearm adapted to receive any one of several, different optical sights, which can be attached interchangeably and directly the top surface of the firearm.

Referring now to the figures, the firearm may be a pistol **10**, as shown, or other type of firearm. An optical sight **30** is a sighting device for use in aiming pistol **10**.

Optical sight **30** is attached directly to the top surface **14** of pistol **10** for a more secure attachment than when optical sight **30** is fastened to the top surface of pistol **10** through an adaptor plate. As disclosed herein, an adaptor plate **58** is selected for optical sight **30** that allows direct attachment of optical sight **30** to top surface **14**, and, with the use of adaptor plate **58**, will align that particular optical sight **30** with pistol **10**. In addition, optical sight **30** is attached in a way that may enable the pre-existing iron sights on pistol **10** and optical sight **30** to be co-witnessing. Co-witnessing means that rear sight **26**, when aligned with the front sight **22**, aligns with optical sight **30** to indicate where the bullet will strike the target. Co-witnessing has the effect of corroborating the user's aim.

Pistol **10**, as shown in FIG. **1**, when held in an orientation by a user for firing, includes slide **18** having top surface **14**, and which slide **18** is reciprocating. The forward end of slide **18**, that is, the end away from the user holding pistol **10** in

**4**

hand as if to shoot, carries front sight **22**; the rearward end of slide **18** carries rear sight **26**. Front sight **22** and rear sight **26** are thus on top surface **14** of slide **18** of pistol **10**. Optical sight **30** is attached to top surface **14** of slide **18**, between front sight **22** and rear sight **26**. Accordingly, rear sight **26** need not be removed to install optical sight **30**.

As seen in FIG. **2** top surface **14** has a first portion **34** and, as seen in FIG. **3**, an adjacent second portion **38**, which are adjacent portions of top surface **14** of slide **18**. Optical sight **30** straddles first portion **34** and second portion **38**, as seen in FIG. **1**.

A portion of a bottom surface **74** of optical sight **30**, as seen in FIG. **1**, is attached to top surface **14** of slide **18** at first portion **34** and the remaining part of bottom surface **74** is cantilevered over second portion **38**. First portion **34** conforms in shape to the portion of bottom surface **74** of optical sight **30**. First portion **34** of top surface has at least one attachment point formed therein and optical sight **30** also has at least one corresponding attachment point formed therein. An attachment point is a location on first portion **34** and a corresponding attachment point is a location on optical sight **30**. An attachment point and corresponding attachment point may be alignable, predrilled holes. At least one fastener is used to attach each attachment point in the optical sight to a corresponding attachment point on first portion **34**. Optical sight **30** may be attached to first portion **34** using screws **46**, for example.

As best seen by comparing FIG. **2** or FIG. **3** with FIG. **5**, two screws **46** are inserted into two predrilled and tapped screw holes **54** in optical sight **30** (FIG. **5**) that align with pre-drilled and tapped threaded holes **50** formed in first portion **34** (FIG. **2** or **3**) to receive screws **46**. Screws **46** do not pass into or through second portion **38**.

Several corresponding attachment points may be formed in first portion. Four holes **50** are shown in FIGS. **2** and **3**, some of which or all of which may be used to secure the optical sight **30** selected for attaching optical sight **30** to pistol **10**. Different optical sights may have different points of attachment, so some corresponding attachment points may be unused depending on the optical sight **30** selected by the user.

Second portion **38** is stepped down from first portion **34** and has a shape. The word shape refers to the shape of the perimeter of second portion. FIG. **3** shows an example of a shape for second portion **38**. The shape acts as a key for receiving and orienting an adaptor plate **58**. Step **62** defines the boundary between first portion **34** and second portion **38**. Step **62** (seen in FIGS. **1** and **3**) has a height that is the difference in elevation between second portion **38** and first portion **34**, with second portion **38** being lower than first portion **34**, as shown.

Adaptor plate **58** is insertable into second portion **38** in the orientation that enables it to fit with the shape of adaptor plate **58** conforming to the shape of second portion **38**. Adaptor plate **58** is selected from a set of adaptor plates **58**, all with the same shape as second portion **38**, and therefore able to be inserted into second portion **38** in the right orientation.

Each adaptor plate **58** has a different topography on its upper surface **66** so that each one is complimentary to a particular optical sight **30**. The word topography is used here to indicate features on or in upper surface **66**, such as mounting posts **78**, best seen in FIGS. **4A**, **4B** and **4C**, which are cylindrical posts. The topography of upper surface **66** of adaptor plate **58** may alternatively have different features than those shown, including having depressions rather than mounting posts **78**, and which features are selected and

US 10,352,654 B2

5

shaped to compliment topographical features on the bottom surface **74** of optical sight **30**. The word compliment is used herein to mean that the topographical features on adaptor plate **58** are designed to engage the topographical features on bottom surface **74** of optical sight **30**, that is, the topographical features of one mating to the feature of the other so the surfaces adjacent to the topographical features engage. As an example, mounting post **78** on adaptor plate **58** would be received into one or more mounting holes **70** on bottom surface **74** of optical sight **30**, so that the positive volume of the mounting post **78** fills the negative volume of mounting holes **70**.

Optical sight **30** may have mounting holes **70** formed in its bottom surface **74**, as shown in FIG. **5**, that compliment mounting posts **78** on adaptor plate **58** so as to enable optical sight **30** to seat onto adaptor plate **58** in the right orientation and not be likely to move laterally from that orientation, but rather remain laterally secured, positioned and oriented on pistol **10**.

Adaptor plate **58** has a thickness, which is slightly thinner than the height of step **62** between first portion **34** and second portion **38** in order to accommodate a spring such as an O-ring **82** between second portion **38** and adaptor plate **58**. The use of O-ring **82** provides a force counter to the compressive force exerted by the cantilevered part of optical sight **30** on adaptor plate **58** resulting from screws **46** holding optical sight **30** to first portion **34** of top surface **14** of slide **18**. It also reduces relative movement of adaptor plate **58** with respect to top surface **14**.

Also, the topographies of bottom surface **74** of optical sight **30** and of upper surface **66** of adaptor plate **58**, which are complimentary topographies, limit lateral movement of optical sight **30** with respect to adaptor plate **58**.

First portion **34**, which is part of top surface **14** of slide **18** of pistol **10**, may not necessarily be at the same elevation as the rest of top surface **14** but may be lower than other parts of top surface **14** (and higher than second portion **38**). Second portion **38** is lower than first portion **34** because of step **62**. First portion **34** may be flat, as shown, or curved to fully engage the bottom surface of optical sight **30**. Lowering first portion **34** from the elevation of other portions of top surface **14** may enable optical sight **30**, when attached to pistol **10**, to co-witness with the existing front sight **22** and rear sights **26** of pistol **10**.

Those skilled in the art of firearms will appreciate that many substitutions and modifications may be made in the foregoing description and accompanying drawings without departing from the spirit and scope of the present disclosure.

The terms "comprises", "comprising", "includes", "including", "having" and their conjugates mean "including but not limited to".

The term "consisting of" means "including and limited to".

The term "consisting essentially of" means that the composition, method or structure may include additional ingredients, steps and/or parts, but only if the additional ingredients, steps and/or parts do not materially alter the basic and novel characteristics of the claimed composition, method or structure.

As used herein, the singular form "a", "an" and "the" include plural references unless the context clearly dictates otherwise. For example, the term "a compound" or "at least one compound" may include a plurality of compounds, including mixtures thereof.

It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a

6

single embodiment. Conversely, various features of the invention, which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable subcombination or as suitable in any other described embodiment of the invention. Certain features described in the context of various embodiments are not to be considered essential features of those embodiments, unless the embodiment is inoperative without those elements.

All publications, patents and patent applications mentioned in this specification are herein incorporated in their entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference. In addition, citation or identification of any reference in this application shall not be construed as an admission that such reference is available as prior art to the present invention. To the extent that section headings are used, they should not be construed as necessarily limiting.

What is claimed is:

**1**. A device, comprising:

(a) a firearm having a top surface with a first portion and a second portion, said first portion and said second portion being defined by a step, said step having a height;

(b) an adaptor plate operable to fit into said second portion of said top surface, said adaptor plate having a thickness not thicker than said height of said step, said adaptor plate having a first configuration comprising at least one mounting feature and defining a topography of the adaptor plate; and

(c) an optical sight having a bottom surface and wherein said bottom surface of said optical sight is fastened directly to said first portion of said top surface and extends over said adaptor plate, said adaptor plate being in said second portion, said bottom surface of said optical sight having a second configuration comprising at least one topographical feature which is complementary to the at least one mounting feature such that the at least one topographical feature of the optical sight mates to the at least one mounting feature of the adaptor plate, said adaptor plate being operable to align said optical sight with respect to said top surface of said firearm.

**2**. The device of claim **1**, wherein said first portion of said top surface is larger than said second portion.

**3**. The device of claim **1**, wherein said first portion has at least one attachment point formed therein and said optical sight has at least one corresponding attachment point formed therein, and wherein said device further comprises at least one fastener cooperating with said at least one attachment point on said optical sight and said at least one corresponding attachment point of said top surface of said firearm to fasten said optical sight to said first portion.

**4**. The device of claim **1**, wherein said first portion has at least one attachment point formed therein and said optical sight has at least one corresponding attachment point formed therein, and wherein said device further comprises at least one fastener cooperating with said at least one attachment point and said corresponding attachment point to fasten said optical sight to said first portion of said top surface of said firearm.

**5**. The device of claim **1**, wherein said firearm has a front sight and a rear sight, and wherein said optical sight and said front sight and said rear sight co-witness.

US 10,352,654 B2

7

**6**. The device of claim **1**, further comprising a spring located between said second portion and said adaptor plate.

**7**. The device of claim **1**, further comprising a spring, and wherein said adaptor plate has a bottom surface with a feature formed therein and wherein said feature in said bottom surface of said adaptor plate is able to receive said spring.

**8**. The device of claim **1**, further comprising a spring and wherein said second portion has a feature formed therein and wherein said feature of said second portion is operable to receive said spring.

**9**. The device of claim **1**, wherein said second portion of said top surface has a first shape and said adaptor plate has a second shape, and wherein said first shape and said second shape are complimentary shapes.

**10**. The device of claim **1**, wherein the adaptor plate is one of a plurality of interchangeable adapter plates, each having a different first configuration.

**11**. A device, comprising:

(a) a firearm having a top surface including a first portion and a second portion, said second portion being defined by a step with respect to said first portion, said step having a height, said first portion having at least one attachment point formed therein, and said second portion having a first shape;

(b) an adaptor plate receivable in said second portion of said top surface, said adapter plate having a second shape, said second shape complementary to said first shape of said second portion, said adaptor plate having a first configuration comprising at least one mounting feature and defining a topography of the adaptor plate; and

(c) a optical sight having a bottom surface and wherein said bottom surface of said optical sight conforms to and is fastened directly to said first portion of said top surface of said firearm and extends over said adaptor plate in said second portion, said bottom surface of said optical sight having a second configuration comprising at least one topographical feature which is complementary to the at least one mounting feature such that the at least one topographical feature of the optical sight mates to the at least one mounting feature of the adaptor plate, wherein said adaptor plate is operable to align said optical sight with said top surface of said firearm.

**12**. The device of claim **11**, further comprising a spring received between said adaptor plate and said second portion.

8

**13**. The firearm of claim **11**, wherein said adaptor plate has a thickness and said step has a height, and wherein said thickness of said adaptor plate is less than said height of said step.

**14**. The firearm of claim **11**, wherein said first portion is larger than said second portion.

**15**. The firearm of claim **11**, wherein said first portion conforms to a bottom surface of said optical sight.

**16**. The firearm of claim **11**, wherein said optical sight has at least one attachment point formed therein and said first portion has at least one corresponding attachment point formed therein, and wherein said firearm further comprises at least one fastener received in said at least one attachment point of said optical sight and in said at least one corresponding attachment point formed in said first portion, said at least one fastener affixing said optical sight to said first portion of said top surface of said firearm.

**17**. The firearm of claim **11**, wherein said configuration of said adaptor plate includes at least one mounting feature.

**18**. The firearm of claim **11**, wherein said firearm may have a front sight and a rear sight and wherein said front sight and said rear sight co-witness with the optical sight.

**19**. The device of claim **11**, wherein the adaptor plate is one of a plurality of interchangeable adapter plates, each having a different first configuration.

**20**. A device, comprising:

(a) a firearm having a top surface with a first portion and a second portion, said first portion and said second portion being defined by a step, said step having a height;

(b) an adaptor plate operable to fit into said second portion of said top surface, said adaptor plate having a thickness not thicker than said height of said step, said adaptor plate having an upper surface with mounting posts disposed thereon; and

(c) an optical sight having a bottom surface and wherein said bottom surface of said optical sight is fastened directly to said first portion of said top surface and extends over said adaptor plate, said adaptor plate being in said second portion, said bottom surface of said optical sight having mounting holes complementary to the mounting posts such that receiving the mounting posts into the mounting holes interconnects the adaptor plate to the optical sight for assembly and wherein the arrangement of the mounting posts and mounting holes is configured to align the optical sight with the top surface of said firearm.

* * * * *