# EXHIBIT 2



**GLOCK Reveals the Highly Anticipated 6th Generation of GLOCK Pistols**

**SMYRNA, GA – December 06, 2025** GLOCK, Inc. officially announces the 6th Generation of GLOCK pistols. The Gen6 line of products delivers enhanced ergonomics for increased usability and comfort with a unique optic ready system. The models included are the G17 Gen6, G19 Gen6, and G45 Gen6, chambered in 9mm Luger.

The 6th Generation of GLOCK pistols are engineered for *you*. Each detail is meticulously calculated with the user in mind, delivering enhancements that feel intuitive. The Gen6 line brings you purpose-driven ergonomics with a refined optic ready system.

*„For nearly four decades, the pursuit of perfection has guided GLOCK in focusing on what truly matters: safety, reliability, and our commitment to our customers. The Gen6 pistol line continues that commitment. We're not chasing trends. We're moving forward thoughtfully, with the same uncompromising standards that define every GLOCK product."* – Carlos Guevara, GLOCK Inc., CEO.

GLOCK Gen6 pistols bring key ergonomic advancements, a flat faced trigger design, and a new Gen6 optic ready system into one platform that's engineered with purpose. The ergonomic frame with palm swell, extended thumb rest, and enlarged beavertail combine to create an intuitive design that locks in your grip. The Gen6 grip texture combines 2 textures into one to create the perfect blend of performance and comfort on an extended surface area. The slide serrations are angled deeper into the slide to make the surface engagement more tactile for slide manipulations.

The flat faced trigger design comes standard in GLOCK Gen6 pistols and maintains the Safe Action® System for uncompromising safety and reliability. The undercut trigger guard and the reduced distance from the frame to the trigger allows for a higher grip and easier reach for a variety of users.

Standard frame GLOCK Gen6 pistols come optic-ready with three optic plates that allow various optics to be screwed directly into the slide. The new system is engineered for adaptability and durability.

The Gen6 design represents an evolution of GLOCK's proven platform, prioritizing user performance, ergonomics, and the next generation of reliability. GLOCK Gen6 pistols will be available on shelves January 20th, 2026.

**Learn more at** Gen6.GLOCK.us ↗ .