# EXHIBIT 3

# GLOCK OPTIC MOUNTING

## GEN6 OPTIC READY SYSTEM

Standard frame GLOCK Gen6 pistols come optic-ready with three optic plates that allow various optics to be screwed directly into the slide. This system provides users with enhanced flexibility to customize their setup according to specific operational needs, and is engineered to ensure long-term durability and reliability.

Optic Ready Adapter Instructions Download ⬇

| OPTIC | OPTIC PLATE | SCREWS |
|---|---|---|
| Trijicon RMR | 02 Plate | OEM |
| Trijicon RCR | 02 Plate | OEM |
| Trijicon RMR HD | 02 Plate | OEM |
| Trijicon SRO | 02 Plate | OEM |
| Holoson 508T | 02 Plate | OEM |
| Holosun 407C | 02 Plate | OEM |
| Holosun 507C/Comp | 02 Plate | OEM |
| C&H Precision | 02 Plate | OEM |
| C-More Optics | 03 Plate | OEM |
| Vortex Defender - ST/XL | 04 Plate | OEM |
| Eotech EFLX | 04 Plate | OEM |
| Leupold DPP | 04 Plate | OEM |

### Slimline MOS

The Slimline MOS pistol models have slide cuts designed for specific micro-optics and do not need Adapter Plates.

The standard SLIMLINE MOS cut fits the Shield RMSc footprint and uses M4 screws.

Some SLIMLINE models will instead feature the MOS-K cut. The Slimline MOS-K ⬇ is modified to accept either Holosun K or RMSc footprints without the need for adapter plates. The optic cover plate screws provided are specifically for the optic cover plate and are not to be used with the optic. Optics should be mounted using the M3 screws provided by optics manufacturers.

You can identify which cut your pistol has by referencing the pictures or by checking the item number sticker on the handle of your pistol case. The standard cut will have "MOS" and the MOS-K cut will include "MOSK" near the end of the item number.

**SLIMLINE MOS CUT**



**SLIMLINE MOS-K CUT**



### What's the difference in reflex optics and standard iron sights?

Reflex Optics: You can look through the reticle and focus on the target and alignment of the dot. Optical sights are popular in competitive shooting and are becoming increasingly common for home defense and target shooters.

Standard Sights: You must align the front and rear sight with a hard focus on the front sight.

### What's the importance of dot size?

Large dots: Easier to see in close range and bright light situations.

Small dots: Better for long distance targets and low light situations.



### Aimpoint® A-CUT™ Mounting Solution

The Aimpoint™ A-CUT™ allows the red dot sight to be mounted directly on the pistol without the need for adapter plates. This system creates a secure and stable connection between the Aimpoint COA and the GLOCK pistol using a patented wedge design.



### GLOCK Modular Optic System (MOS) Configuration

Certain Gen4 and Gen5 pistol models utilize the Modular Optic System (MOS) configuration to simplify mounting of popular optical sights.

Optical sights improve the accuracy at both long and short range, enabling faster target transition and quicker sight acquisition of your target. The MOS configuration is the best choice to hit your target.

GLOCK pistol models in standard MOS configuration now come with a single MOS adapter plate. The adapter plate included will fit the following: Trijicon®, Ameriglo®, and Holosun® (except 509). If your selected optic is not compatible with any of the above, additional options are available on the GLOCK Store ↗.

Click Here To Download MOS Adapter Plate Instructions ⬇



**GLOCK MOS Adapter Plate**

| OPTIC | ADAPTER PLATE | |
|---|---|---|
| | 9x19 | OTHER |
| Burris, Docter, Meopta, Insight, Vortex | 01 | 05 |
| Ameriglo, Trijicon, Holosun (except 509) | 02 | 06 |
| C-More | 03 | 07 |
| Leupold, Eotech | 04 | 08 |

### WARNING



Make sure that your GLOCK pistol is unloaded (magazine removed and chamber empty) before installing/removing the GLOCK Optic Cover Plate or the GLOCK MOS Adapter Plate.

---

**Company**
Contact Us
Careers
Press
Donations & Sponsorships

**Need Help?**
Customer Service
FAQs
Blue Label Program
Professionals
GLOCK Training ↗

**Legal**
Do Not Sell or Share My Personal Information
Privacy Policy
Terms of Use
Whistleblowing
Patents ⬇

**Follow**
