# EXHIBIT 4

# GLOCK
OR-Set (Optic Ready)



www.glock.com

---

⚠ **WARNING!**

Make sure that your GLOCK Pistol is unloaded (magazine removed and chamber empty) before installing/removing the GLOCK Cover Plate or the GLOCK OR Plate.



## Parts

**GLOCK OR Plates Set**

One set contains:
- 3 numbered GLOCK OR Plates for use of optical systems (see list of manufacturers).
- to choose correct plate see list of manufacturer
- to choose correct set see table of slide types and widths

| OPTIC READY PLATES SET MARKINGS | | | |
|---|---|---|---|
| For GLOCK Pistols in OR configuration slide width 25,5 mm/1.00 in. | | | |
| | | | **Thread** |
| Adapter Trijicon, Holosun (except 509), Ameriglo | >> | 02 | 6 – 32 UNC |
| Adapter C-More | >> | 03 | 8 – 32 UNC |
| Adapter Leupold, Eotech | >> | 04 | M4 |

symbolic pictures

© GLOCK 2026 | 01 26

## GLOCK Optic Ready (OR) Plates Set

> **⚠ WARNING!**
>
> Only fire the GLOCK OR Pistol Models with the GLOCK Cover Plate mounted or a GLOCK OR Plate and Optical Sight installed.



**1**

Complete the Safety check and Field Strip steps as indicated in the GLOCK Instructions for Use. Place the slide of your pistol on a flat surface making sure that the recoil spring guide ring overlaps the surface.




**2**

Remove the GLOCK Cover Plate.

> **⚠ WARNING!**
>
> The removed screws should not be used for fixing the OR Plates.



**3**

Place the selected Plate in the correct position and orientation.

**Note:** Markings on plate have to face upwards.



**4**

When the GLOCK OR Plate is completely seated on your GLOCK OR Pistol install the optical system according to the directions of the manufacturer.




**5**

Only shoot your GLOCK OR Pistol with correctly installed GLOCK Cover Plate or GLOCK OR Plate and optical system.

## Service and Cleaning

> **⚠ WARNING!**
>
> Make sure that your GLOCK Pistol is unloaded (magazine removed and chamber empty) before installing/removing the GLOCK Cover Plate or the GLOCK OR Plate.

**Cleaning**

Before cleaning your GLOCK OR Plate, remove it from the pistol. Only clean GLOCK OR Plates with a dry cloth.

For preventive gun maintenance see the GLOCK Instructions for Use included with the pistol.